NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**FERRING PHARMACEUTICALS INC., FERRING
INTERNATIONAL CENTER SA,**
*Plaintiffs-Appellees*

**v.**

**PAR PHARMACEUTICAL, INC.,**
*Defendant-Appellant*

———————————

2017-2399

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00173-RGA, Judge Richard G. Andrews.

———————————

**JUDGMENT**

———————————

MARY W. BOURKE, Womble Bond Dickinson (US) LLP, Wilmington, DE, argued for plaintiffs-appellees.  Also represented by DANIEL M. ATTAWAY, DANA KATHRYN SEVERANCE; JOHN W. COX, Atlanta, GA.

RICHARD J. BERMAN, Arent Fox, LLP, Washington, DC, argued for defendant-appellant.  Also represented by TANIEL ERMANO ANDERSON, JANINE A. CARLAN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 8, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |